■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID A. SHOWLER, Appellant. [624 NYS2d 1016] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from

Judgment of Genesee County Court, Morton, J.—Bail Jumping, 2nd Degree.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.